**Melvin Alexander BRITT,**
**Plaintiff–Appellant,**

v.

**VIRGINIA DEPARTMENT OF CORRECTIONS; Keen Mountain Correctional Center; T. Higgins; J. Spencer; Leslie Fleming, Defendants–Appellees.**

No. 14–6546.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2014.

Decided: Aug. 1, 2014.

Melvin Alexander Britt, Appellant Pro Se.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Alexander Britt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Britt's informal brief does not challenge the basis for the district court's disposition, Britt has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*